UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JAMES SHAWN JUMPING EAGLE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 5:23-CV-05036-KES<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (DOC. 10) |

Petitioner filed the present Motion to Proceed *in Forma Pauperis* (Doc. 10). In support of his motion, Petitioner included a Prisoner Trust Account Report, showing a current balance of $34.75. (Doc. 6). There is no filing fee in an action under 28 U.S.C. § 2255. However, *in forma pauperis* status may still be requested to allow a petitioner to obtain access to copies of pleadings, transcripts and other documents free of charge. Good cause appearing, the court finds Petitioner qualifies for *in forma pauperis* status, and accordingly, grants his motion.

DATED this 12th day of July, 2023.

BY THE COURT:

*[signature]*
DANETA WOLLMANN
United States Magistrate Judge